UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DAVID CAPERS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:21-cv-00080-RLY-CSW |

**Order Granting Motion for Relief under 28 U.S.C. § 2255**

This matter is before the court on a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by Petitioner David Capers. Dkt. 1. The sole substantive claim made by Mr. Capers is that his trial attorneys provided ineffective assistance of counsel by not adequately consulting with him about his appellate rights, thereby causing him to not be able to appeal. *Id.* at 5. The sole relief sought by Mr. Capers was that he be allowed to file a notice of appeal in his criminal case. *Id.* at 13.

Mr. Capers acknowledged that his § 2255 motion was untimely but asserted that he was entitled to equitable tolling of the filing deadline, due primarily to representations made by his post-conviction counsel. *Id.* at 11; dkt. 2 at 12-18. Recognizing the potential need for an evidentiary hearing to resolve the equitable tolling issue, and the ineffective counsel claim if the court were to conclude that equitable tolling applied, the court appointed counsel to represent Mr. Capers in this matter. Dkt. 24. Counsel subsequently filed an amended § 2255 motion on Mr. Caper's behalf, which only raised the issues Mr. Capers had raised in his original motion. Dkt. 27. The court recently scheduled a hearing in this matter to address the equitable tolling issue, which was to be held on March 2, 2026. Dkt. 29.

The parties have now filed a joint stipulation, in which the United States agrees that Mr. Capers's § 2255 motion should be granted. Dkt. 33. Specifically, "upon further review of the facts and circumstances of this case in preparation for the scheduled evidentiary hearing, the parties agree that Mr. Capers should be afforded a direct appeal." *Id.* at 2.

Therefore, in light of the parties' stipulation, Mr. Capers's amended motion for relief under § 2255 is **GRANTED**. Dkt. [27]. The hearing scheduled for March 2, 2026, is **VACATED**. To implement this ruling, the **clerk is directed** to docket a copy of this Order in cause no. 3:17-cr-00022-RLY-CSW-1, **vacate and reissue** the judgment of September 16, 2019, Crim. Dkt. [301], **terminate** the motion to vacate in that case, Crim. Dkt. [383], and **file** a notice of appeal on Mr. Capers's behalf in that case. Final judgment shall issue by separate entry.

**IT IS SO ORDERED.**

Date: 2/20/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email