UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 3:17-cr-00022-RLY-CSW |
| DAVID CAPERS, Defendant. | ) | -01 |

**CLERK'S NOTICE OF APPEAL**

Pursuant to Fed. R. Crim. P. 32(j)(2) and the Order of the Court issued this day, the Clerk hereby files this notice of appeal on behalf of Defendant.

IT IS SO ORDERED.

Date: 2/23/2026

Kristine L. Seufert, Clerk

BY: Tina M. Doyle
Deputy Clerk, U.S. District Court

Distribution: All ECF-registered counsel of record via email