# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 3, 2026

*By the Court:*

No. 26-1374

UNITED STATES OF AMERICA,
Plaintiff - Appellee,

v.

DAVID CAPERS,
Defendant - Appellant.

Appeal from the United States District Court for the Southern District of Indiana, Evansville Division.

No. 3:17-cr-00022-RLY-CSW-1

Richard L. Young,
*Judge.*

This matter comes before the court for its consideration of attorney Terry Tolliver's **DEFENDANT-APPELLANT'S MOTION FOR REAPPOINTMENT OF COUNSEL**, filed on February 27, 2026. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Appoint is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Terry Tolliver, BRATTAIN MINNIX TOLLIVER, One Indiana Square, Indianapolis, IN 46204, terry@bmtindy.com, is appointed to represent defendant-appellant David Capers pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.